## UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| TREBBIANNO, LLC <br> D/B/A SHOWROOM 35 ) <br>           *Plaintiff,* ) <br>    v. ) <br> UNITED STATES, ) <br>           *Defendant.* ) | Court No. 20-00135 |
| POPPIN, INC. ) <br>           *Plaintiff,* ) <br>    v. ) <br> UNITED STATES, ) <br>           *Defendant.* ) | Court No. 20-00158 |
| WESTPORT CORPORATION ) <br>           *Plaintiff,* ) <br>    v. ) <br> UNITED STATES, ) <br>          *Defendant.* ) | Court No. 20-00190 |
| LIGHTING PARTNERS JAX, INC. ) <br>           *Plaintiff,* ) <br>    v. ) <br> UNITED STATES, ) <br>          *Defendant.* ) | Court No. 20-03529 |
| UNIFLEX CHURCH FURNISHINGS, INC. ) <br>           *Plaintiff,* ) <br>    v. ) <br> UNITED STATES, ) <br>          *Defendant.* ) | Court No. 20-03571 |

## ORDER

Upon consideration of the parties' joint status report,[1] the court hereby

**ORDERS** as follows:

---

[1] Case 20-135, ECF 22; Case 20-158, ECF 18; Case 20-190, ECF 21; Case 20-3529, ECF 21; and Case 20-3571, ECF 18.

1.  The joint status report states that the parties agree that the *Poppin* (Case 20-158) and *Lighting Partners Jax* (Case 20-3529) matters should be dismissed with prejudice. Not later than 14 days after the date of this order, the parties are to submit proposed orders of dismissal.

2.  Proceedings in the *Trebbianno* (Case 20-135), *Westport* (Case 20-190), and *Uniflex* (Case 20-3571) matters shall remain stayed until 30 days after this Court enters judgment in *In re Section 301 Cases*, Consol. Ct. No. 21-00052. The parties are to file a joint status report on or before the 30th day after the three-judge panel in *In re Section 301 Cases* enters judgment. The joint status report is to be consolidated and shall explain how the three cases should proceed in view of the panel's disposition of *In re Section 301 Cases*. The joint status report must bear the captions for all three cases and must be filed on the docket in each case.

| | | |
|---|---|---|
| Dated: | January 6, 2023<br>New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |